**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SEIKO EPSON CORPORATION; EPSON
AMERICA, INC., et al.

               Plaintiff(s),

    vs.

TRY THE INK, LLC; and INKPRO2DAY
LLC

               Defendant(s).

Case #2:18-cv-00372-JAD-NJK

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

**FILING FEE IS $250.00**

       <u>    Tigran Guledjian    </u>, Petitioner, respectfully represents to the Court:
         (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

<u>          Quinn Emanuel Urquhart & Sullivan LLP          </u>
                       (firm name)

with offices at <u>        865 S. Figueroa Street, 10th Floor        </u>,
                              (street address)

<u>     Los Angeles     </u>, <u> California </u>, <u> 90017 </u>,
       (city)             (state)       (zip code)

<u>   (213) 443-3000   </u>, <u> tigranguledjian@quinnemanuel.com </u>,
(area code + telephone number)      (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

<u>Seiko Epson Corporation, Epson America, Inc., Epson Portland Inc.</u> to provide legal representation in connection with
               [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____ June 6, 2000 _____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of California _____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of California | June 6, 2000 | 207613 |
| Central District of California | June 8, 2000 | |
| Northern District of California | November 30, 2011 | |
| Eastern District of Texas | July 19, 2016 | |
| US Court of Appeals for Federal Circuit | March 25, 2005 | |
| US Supreme Court | January 14, 2013 | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None.

7.     That Petitioner is a member of good standing in the following Bar Associations.

> California Supreme Court.

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_Petitioner's signature_

STATE OF __California__    )
                          )
COUNTY OF __Los Angeles__ )

____Tigran Guledjian____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_Petitioner's signature_

Subscribed and sworn to before me this

__26th__ day of __March__, __2018__.

__Lucille Clavel Clark__
Notary Public or Clerk of Court

LUCILLE CLAVEL CLARK
Commission # 2085446
Notary Public - California
Los Angeles County
My Comm. Expires Jan 26, 2019

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __James D. Boyle__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____400 S. 4th Street, Suite 300____
(street address)

____Las Vegas____, ____Nevada____, ____89101____
(city)              (state)              (zip code)

____(702) 791-0308____, ____jboyle@nevadafirm.com____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5            **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7      The undersigned party(ies) appoint(s) _____ James D. Boyle _____ as

                                              (name of local counsel)

8  his/her/their Designated Resident Nevada Counsel in this case.

       Seiko Epson Corporation, a Japan corporation
9      Epson America, Inc., a California corporation
       Epson Portland Inc., an Oregon corporation

10  _____

11  (party's signature)

12  _____
    (type or print party name, title)

13  *Kendra Jones*
    (party's signature)

14
    Kendra D. Jones

15  Vice President & General Counsel, Epson America, Inc.
    (type or print party name, title)

16  On Behalf of All Plaintiffs

17                **CONSENT OF DESIGNEE**
    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20  _____
    Designated Resident Nevada Counsel's signature

21  8384        jboyle@nevadafirm.com

22  Bar number            Email address

23

24  **APPROVED:**

    Dated: this _16_ day of _April_, 20_16_.

25

26  _____
    UNITED STATES DISTRICT JUDGE

27

28                          5                          Rev. 5/16

# Supreme Court of California

**JORGE E. NAVARRETE**

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *TIGRAN GULEDJIAN*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that TIGRAN GULEDJIAN, #207613, was on the sixth day of June, 2000, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court
on the twenty-third day of March, 2018.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Deputy Clerk*

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

March 8, 2018

**TO WHOM IT MAY CONCERN:**

This is to certify that according to the records of the State Bar, TIGRAN GULEDJIAN, #207613 was admitted to the practice of law in this state by the Supreme Court of California on June 6, 2000; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records